# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00591-CR

**Rick Renfro, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
### NO. M24975, HONORABLE W. R. SAVAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The appellate record, which was due to be filed on October 30, 2009, has not been filed. Although appellant did not file an affidavit of indigence with his notice of appeal, he has filed an affidavit of indigence with this Court. *See* Tex. R. App. P. 20.2.

To avoid further delays and protect the rights of the parties, the appeal is abated and the trial court is instructed to determine, following a hearing if necessary, whether appellant is presently indigent. If the court finds that appellant is indigent, it shall order the preparation of the record at no cost to appellant. Copies of all findings, conclusions, orders, and a transcription

of the reporter's notes if a hearing is held shall be tendered for filing in this Court no later than February 22, 2010.

Before Chief Justice Jones, Justices Pemberton and Waldrop

Abated

Filed:   January 21, 2010

Do Not Publish